

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2022

No. 04-22-00570-CV

William Clayborn **LORENZ**, Individually, and as Independent Executor of the Estate of Tyson Desmer Lambeck, Deceased and Carmen Carter-Faughtenbery, Trustee of the Trajan Desmer Lambeck Trust,
Appellants

v.

Kourtney **VOIGHT**, as next friend of Trajan Lambeck,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. PR-08514
Honorable Kathleen S Stone, Judge Presiding

# O R D E R

On October 5, 2022, appellee filed an unopposed motion seeking a twenty-day extension of time to file her response to Appellants' "Joint Petition to Appeal Interlocutory Order." After consideration, we grant the motion and order appellee to file her response by October 17, 2022.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court